# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL BRYANNA NORSWORTHY,<br><br>             Petitioner,<br><br>   v.<br><br>J. ESPINOZA,<br><br>             Respondent. | Case No. 1:19-cv-00847-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION |

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the revocation of her parole by the Superior Court of Solano County, which is part of the Sacramento Division of the U.S. District Court for the Eastern District of California. The court will transfer this case to the Sacramento Division. *See* Local Rule 120(d), (f).

**Order**

1. This action is transferred to the U.S. District Court for the Eastern District of California, Sacramento Division.

2. All future filings must be filed with the Sacramento Division:

      United States District Court
      Eastern District of California
      501 "I" Street, Suite 4-200

1

Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   July 2, 2019         */s/ Jeremy Peterson*
                                  UNITED STATES MAGISTRATE JUDGE

No. 202