UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL BRYANNA NORSWORHTY,<br><br>    Petitioner,<br><br> v.<br><br>J. ESPINOZA,<br><br>    Respondent. | No. 2:19-cv-1240 MCE AC P<br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On March 23, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 9. Petitioner has not filed objections to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations filed March 23, 2020, (ECF 9) are ADOPTED in full;

2. This case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  April 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE